

ORDERED in the Southern District of Florida on August 13, 2021.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-15502-BKC-LMI

CHAPTER 13

IN RE:
ALINA MORENO,
     Debtor.
                          /

**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO. 2 FILED BY HYUNDAI CAPITAL AMERICA, (HCA) SERVICING AGENT OF HYUNDAI LEASE TITLING TRUST**

THIS CAUSE having come on to be heard on the Chapter 13 Consent Calendar at 9:00 a.m., on August 10, 2021, on the Debtor's Objection to Claim 2 filed by Hyundai Capital America, (HCA) Servicing Agent of Hyundai Lease Titling Trust, [ECF 21], and based upon the record, it is,

**ORDERED**:

1.    The Debtor's Objection to Claim No. 2 filed by Hyundai Capital America, (HCA) Servicing Agent of Hyundai Lease Titling Trust, is SUSTAINED.

2.     Claim No. 2 filed by Hyundai Capital America, (HCA) Servicing Agent of Hyundai Lease Titling Trust, as an unsecured claim, in the amount of $3,660.00, is STRICKEN and DISALLOWED.

# # #

**Submitted by:**
Michael A. Frank, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

**Copies furnished to:**
Michael A. Frank, Esquire
Nancy Neidich, Trustee
Hyundai Lease Titling Trust
Hyundai Capital America, Inc., Attn: Ross C. Williams, CEO/President

Attorney, Michael A. Frank, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.