UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-15502-BKC-LMI
CHAPTER 13

ALINA MORENO
     Debtor.
_____/

**APPLICATION FOR FEES BY ATTORNEY FOR DEBTOR**

Pursuant to Court Order, the undersigned files this Application for Fees by Attorney for the Debtors in the above case and state:

1.    The rate normally charged by the undersigned and is considered reasonable in the community in a matter such as this, is $550.00 per hour.

2.    The Law Offices of Frank & De La Guardia, Jr. have expended (11.60) hours at the rate of $550.00 per hour from November 13, 2020. A delineation of the time expended is as follows:

| Date | Description | Hours |
| --- | --- | --- |
| 11-13-20 | Initial Consultation with Client and Opening of File | 1.00 |
| 12-28-20 | Consultation with Client | 1.00 |
| 06-03-21 | Consultation with Client to Review Documents for Filing and Prepared Case for filing and filed Case | 1.50 |
| 06-03-21 | Prepared and filed Means Test | 1.00 |
| 06-04-21 | Received and reviewed Notice of Incomplete Filings Due | 0.10 |
| 06-04-21 | Received and reviewed Request for Notice Filed by Creditor Synchrony Bank | 0.10 |
| 06-07-21 | Received and reviewed Trustee's Notice of Required Documents | 0.10 |
| 06-08-21 | Prepared and Filed Certification of Compliance and Request for Confirmation of Chapter 13 Plan | 0.10 |
| 06-15-21 | Prepared and filed Chapter 13 Plan | 1.00 |
| 06-04-21 | Received and reviewed Notice of Commencement | 0.10 |

| 07-20-21 | Received and reviewed Trustee's Notice of Deficiency for Confirmation | 0.10 |
|---|---|---|
| 07-21-21 | Prepared and Filed First Amended Chapter 13 Plan | 0.80 |
| 07-27-21 | Prepared and filed Objection to Claim of Hyundai Capital America [#2] | 0.50 |
| 07-27-21 | Received and reviewed Notice of Hearing on Objection to Claim of Creditor Hyundai Capital America [#2] | 0.10 |
| 07-29-21 | Prepared for 341 Meeting of Creditors | 0.50 |
| 07-29-21 | Attended 341 Meeting of Creditors | 0.50 |
| 07-30-21 | Received and reviewed Trustee's Notice of Deficiency for Confirmation | 0.10 |
| 08-10-21 | Prepared and Attended Hearing on Objection to Claim of Hyundai Capital America [#2] | 0.50 |
| 09-02-21 | Received and reviewed Trustee's Notice of Deficiency for Confirmation | 0.10 |
| 09-08-21 | Pre-hearing with Trustee regarding Confirmation Hearing | 0.10 |
| 09-08-21 | Reviewed file for Confirmation Hearing | 0.20 |
| 09-08-21 | Called Client regarding Confirmation Hearing | 0.20 |
| 09-09-21 | Attended Confirmation Hearing | 0.40 |
|  | Prepared and filed Application for Fees and review of file. | 1.00 |
|  | Attendance at Hearing on Application for Fees. | 0.50 |
| Total Hours................................................. | | 11.60 |
| | 11.60  hours x $550.00 = | $ 6,380.00 |

The total fee requested is $6,000.00. The Debtors' attorney has received $2,000.00 in fees. The total amount of work performed pre-Confirmation is (11.60) hours at $550.00 an hour = $6,380.00.  The undersigned submits that the amount of $6,000.00 for all of the work that has been performed and all of the future work to be performed is reasonable pursuant to the standard set forth In re: Norman vs. Housing Authority of Montgomery, 836 F. 2nd 1299 (11th Cir. 1988) and 11 U.S.C. Section 330. There are no charges in this Application for Fees for secretarial or typing time and no charges have been added for travel time to and from the Courthouse for any of the hearings.

WHEREFORE, the Debtor requests to be awarded fees in the amount of $6,000.00.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Hearing and the Application for Fees by Attorney for Debtors was sent by e-mail to Nancy K. Neidich, Trustee at e2c8f01@ch13herkert.com and all others set forth in NEF on September 9, 2021, and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth above and by regular mail to: Alina Moreno, Debtors, 1323 SW 92 Place, Miami, FL 33174.

> LAW OFFICES OF MICHAEL A. FRANK
> & RODOLFO H. DE LA GUARDIA, JR.
> Attorneys for the Debtors
> Suite 620 • Union Planters Bank Building
> 10 Northwest LeJeune Road
> Miami, FL 33126-5431
> Telephone (305) 443-4217
> Facsimile (305) 443-3219
>
> By /s/ Michael A. Frank
>   Michael A. Frank
>   Florida Bar No. 339075