

ORDERED in the Southern District of Florida on October 20, 2021.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-15502-BKC-LMI
CHAPTER 13

IN RE:

ALINA MORENO,
    Debtor.
_____/

**ORDER GRANTING APPLICATION FOR FEES BY ATTORNEY FOR DEBTORS**

THIS CAUSE having come on to be heard on the Chapter 13 Consent Calendar at 9:00 a.m., on October 12, 2021, on the Application for Fees by the Attorney for the Debtor, [ECF 30], reviewed the Attorney's Application and finding that all the charges and entries are reasonable and further, the Debtor's attorney is asking for a total fee of $6,000.00, and having received $2,000.00 in fees and $150.00 in costs, with a balance due of $4,000.00 payable through the Debtor's Chapter 13 Plan, and based upon the record, it is,

**ORDERED**:

1. Michael A. Frank, attorney for the Debtor, is awarded the sum of $6,000.00

in attorney's fees and $150.00 in costs. The balance due of $4,000.00 is to be paid pursuant to the Debtor's Chapter 13 Plan.

### # # #

Submitted by:
Michael A. Frank, Esquire
10 Northwest LeJeune Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

Copies to:
Michael A. Frank, Esquire
Nancy Neidich, Trustee
Alina Moreno, Debtor

Attorney Michael A. Frank is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.