UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

 CASE NO. 21-15502-BKC-LMI
CHAPTER 13

IN RE:
ALINA MORENO,
        Debtor.
_____/

**CERTIFICATE OF SERVICE OF ORDER GRANTING APPLICATION FOR
COMPENSATION AND CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 9073-1(D)**

I HEREBY CERTIFY that a true and correct copy of the above **ORDER** thereon was

served as follows via electronic mail to Nancy Neidich, Trustee, at e2c801@ch13herkert.com

and those set forth in the NEF to be served electronically and was sent by U.S. Mail to Alina

Moreno, Debtor, 1323 Southwest 92nd Place, Miami, FL 33174, this 21st day of October of

2021.


        DATED: October 21, 2021

                        Law Offices of Michael A. Frank
                        & Rodolfo H. De La Guardia, Jr.
                        Attorneys for the Debtor(s)
                        Suite 620 •
                        10 Northwest LeJeune Road
                        Miami, FL 33126-5431
                        Telephone (305) 443-4217
                        Facsimile (305) 443-3219
                        Email - Pleadings@bkclawmiami.com


                        _____/s/_____
                        Michael A. Frank
                        Florida Bar No. 339075